### Mrs. Alfredo ALBIDREZ, Appellant,

### v.

### The STATE of Texas, Appellee.

### No. 28349.

Court of Criminal Appeals of Texas.

May 30, 1956.

Charles F. Mitchell, Houston, for appellant.

J. L. Smith, Dist. Atty., San Augustine, Leon B. Douglas, State's Atty., Austin, for the State.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

**PER CURIAM.**

The conviction is for unlawfully selling beer in a dry area; the punishment, thirty days in jail and a fine of $500.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.